# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **DAVID LEE KIDD, II,** | |
| Petitioner, | |
| | Civil Action No.     5:14CV122 |
| v. | Criminal Action No.  5:11CR17 |
| | (STAMP) |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

## UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND

Now comes the United States of America by William J. Ihlenfeld, II, United States Attorney for the Northern District of West Virginia, and John C. Parr, Assistant United States Attorney for said District and moves the Court to extend the time for filing its Response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

1. On September 8, 2014, the petitioner filed his Court approved Motion with the Court.

2. On September 8, 2014, this Court entered an Order directing the United States to file a response within thirty (30) days or by October 8, 2014.

3. On September 15, 2014, Petitioner filed, in violation of Local R. PL. 3.4.4 and without the prior consent of this Court, a forty (40) page memorandum of law and supplemental brief.

4. In order to comply with the Court's Order, additional time is necessary to review and accurately respond to Petitioner's memorandum and supplemental brief.

1

5. Therefore, the United States prays that an extension be granted to the United States of 20 days, allowing the United States to file its Response to the petitioner's Motion on October 28, 2014.

        Respectfully submitted,

        WILLIAM J. IHLENFELD, II
        United States Attorney


By:   /s/ John C. Parr
       John C. Parr
       Assistant United States Attorney/Bar Number: 2819
       United States Attorney's Office
       1125 Chapline Street, Suite 3000
       Wheeling, West Virginia 26003
       Telephone: (304) 234-0100
       Fax: (304) 234-0111
       E-mail: John.Parr@usdoj.gov

CERTIFICATE OF SERVICE

I, John C. Parr, Assistant United States Attorney for the Northern District of West Virginia, hereby certify I electronically filed the **UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND** with the Clerk of the Court using the CM/ECF system, and, I hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participant:

> David Lee Kidd, II
> FCI Fort Dix
> Unit 5471
> Inmate Mail/Parcels
> P. O. Box 2000
> Fort Dix, NJ   08640

Dated:   September 18, 2014.

> /s/ John C. Parr
> John C. Parr
> Assistant United States Attorney/Bar Number: 2819
> United States Attorney's Office
> 1125 Chapline Street, Suite 3000
> Wheeling, West Virginia 26003
> Telephone: (304) 234-0100
> Fax: (304) 234-0111
> E-mail: John.Parr@usdoj.gov