# LAW OFFICES OF ROBERT L. TARVER, JR.
## ATTORNEYS AND COUNSELORS AT LAW
66 SOUTH MAIN STREET
TOMS RIVER, NEW JERSEY 08757
TEL: 732-341-2152
FAX: 732-341-2153

**FILED**
SEP 16 2015
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hon. Frederick P. Stamp, USDJ<br>Attn: Imad Matini | Robert L. Tarver, Jr. |
| COMPANY:<br>United States District Court- Northern West Virginia | DATE:<br>09/15/2015 |
| FAX NUMBER:<br>304-233-0402 | TOTAL NO. OF PAGES INCLUDING COVER:<br>3 |
| PHONE NUMBER:<br>304-233-1120 | SENDER'S REFERENCE NUMBER: |
| RE:<br>David L. Kidd<br>Criminal Action No. 5:11-cr-00017 | YOUR REFERENCE NUMBER: |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

**ATTENTION:**
**IRS CIRCULAR 230 DISCLOSURE**
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon by you or any other person for the purposes of avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

This Fax contains confidential information which may also be legally privileged and which is intended only for use of the addressee named above. If you are not the intended recipient of this facsimile or the employee or agent responsible for delivering it to its intended recipient, you are hereby notified that any dissemination or copying of this fax is prohibited. If you have received this fax in error, please notify us by telephone and return the original documents to us via U.S. Mail.

# Law Offices of Robert L. Tarver, Jr.

66 SOUTH MAIN STREET
TOMS RIVER, NEW JERSEY 08757
TEL: (732) 341-2152 FACSIMILE: (732) 341-2153
E-mail: tarverlaw@comcast.net

ATLANTIC CITY OFFICE:
1616 PACIFIC AVENUE, SUITE 214
ATLANTIC CITY, NEW JERSEY 08401
TEL: (609) 289-8912

Reply to Toms River Office

September 15, 2015

VIA Facsimile and Regular Mail
Hon. Frederick P. Stamp, USDJ
United States District Court-Northern West Virginia
1125 Chapline Street
Wheeling, WV 26003

    Re:    David L. Kidd II
            Criminal Action No. 5:11-cr-00017

Dear Judge Stamp;

    This office has been retained to represent David L. Kidd relative to a pending motion to vacate sentence. Mr. Kidd filed a 2255 motion in September 2013 as a pro se litigant. I was retained by Mr. Kidd in August of this year. I began the process to apply for admission Pro Hac Vice and am awaiting the filing of our application by Martin Sheehan, Esq. who will act as my sponsor.

    In the interim, however, I was just advised by Mr. Kidd that Magistrate James E. Seibert issued a Report and Recommendation on September 8, 2015 relative to the motion. It was my intention to amend Mr. Kidd's pro se pleading with additional facts and supporting law. As per Judge Seibert's order, Mr. Kidd has 14 days from the date of the order to respond with objections. That 14 day period expires on September 22, 2015.

    It is my intention to file a motion seeking to expand the time in which to amend the initial pleadings, or alternatively to allow our response to include potential facts which may be outside of the scope of the original pleading. Unfortunately, because the Court has not yet granted our motion for Pro Hac Vice status, I am unable to file a motion. Additionally, there is an issue of time in that the Court is away and not available until September 22, 2015, which is the date that any response is due.

    Accordingly, I am seeking the courts guidance as to how to proceed in this matter in light of the time constraints. I respectfully request that the Court allow extension of the September 22, 2015 date to permit me to obtain Pro Hac Vice admission status. If there are any questions regarding this matter, please do not hesitate to contact this office. Thank you for your attention.

– 2 – September 15, 2015

Respectfully submitted,
LAW OFFICES OF ROBERT L. TARVER, JR.

Robert L. Tarver, Jr., Esq.

RLT/jng