```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

DAVID LEE KIDD, II,

     Petitioner,

v.                                        Civil Action No. 5:14CV122
                                        (Criminal Action No. 5:11CR17)
                                                      (STAMP)

UNITED STATES OF AMERICA,

     Respondent.

**<u>ORDER GRANTING COUNSEL FOR THE PETITIONER'S LETTER-MOTION REQUESTING ADDITIONAL TIME TO BE ADMITTED PRO HAC VICE AND TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION</u>**

On September 15, 2015, this Court received a letter from Mr. Robert L. Tarver, Jr. The Court construes this letter as a motion requesting additional time to be admitted pro hac vice and to file objections. The Clerk of Court is DIRECTED to file the letter as a separate entry in the docket of this civil action. In that letter Mr. Tarver indicates that his law firm has been retained to represent the petitioner. Counsel for the petitioner, who is located out-of-state, seeks to be admitted pro hac vice. Further, counsel for the petitioner has been informed that United States Magistrate Judge James E. Seibert entered a report and recommendation. ECF No. 8. Objections to the report and recommendation are currently due by September 22, 2015. Having only been recently retained, counsel for the petitioner requests additional time to be admitted pro hac vice and to file objections to the report and recommendation.

After reviewing the record and counsel for the petitioner's letter, good cause exists so as to grant counsel's motion. Therefore, counsel for the petitioner's motion is GRANTED. Accordingly, counsel for the petitioner shall have until **September 28, 2015** in which to be admitted pro hac vice and file objections to the report and recommendation. However, this order shall not be considered as a ruling permitting an amendment to the petition to assert any additional right to relief in this civil action at this time.

IT IS SO ORDERED.

The Clerk is DIRECTED to transmit a copy of this order to the currently pro se petitioner and to counsel of record herein.

DATED:    September 16, 2015

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE